UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:15-CR-009-H-10

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **ORDER** |
| v. | ) | **ON MOTION TO SEAL** |
| | ) | **SENTENCING MEMORANDUM** |
| ALAINA SUE-KAM-LING | ) | |

THIS MATTER is before the Court on defendant's motion, D.E. #747, to seal her Sentencing Memorandum.

FOR GOOD CAUSE SHOWN, the motion is GRANTED, and the defendant's Sentencing Memorandum, D.E. #746, shall be filed under SEAL.

SO ORDERED, this the 15th day of June, 2017.

HON. MALCOLM J. HOWARD
Senior Judge, United States District Court